# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

137060

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TED J. BLUNDY,
          Plaintiff-Appellee,
and

JASON BLUNDY,
          Plaintiff/Cross-
          Defendant-Appellee,

v

SECURA INSURANCE,
          Defendant-Appellant,

and

SPECTRUM HEALTH and MARY FREE BED
HOSPITAL AND REHABILITATION CENTER,
          Plaintiffs/Cross-
          Plaintiffs-Appellees.

SC: 137060
COA: 275462
Ingham CC: 04-001234-NF

_____/

      On order of the Court, the application for leave to appeal the July 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

p0120